THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**TAMARA DEAN and JEREMIE DEAN,**
individually and on behalf of all
similarly situated individuals,

    Plaintiffs,

v.

**LOAN LENDERS OF AMERICA, INC.,**
a foreign Corporation, and **NOVASTAR MORTGAGE, INC.,**

    Defendants.

**CIVIL ACTIONS NO.: 3:07-CV-120**
**(JUDGE BAILEY)**

## ORDER

This matter is now before the Court for consideration of the parties' Joint Motion Regarding the Filing of Defendants' Responsive Pleading [Doc. No. 3] filed on January 4, 2008. The parties collectively move for an extension of time until February 11, 2008 for defendants to file their answer to the plaintiffs' complaint [Doc. No. 1].

After careful review, the Court finds good cause to grant the Motion. Accordingly, the **Joint Motion Regarding the Filing of Defendants' Responsive Pleading [Doc. No. 3]** is **GRANTED**. Defendants shall file their **responsive pleading** on or before **February 11, 2008**.

    **IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record herein.

**DATED**: January 8, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE