IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

TAMARA DEAN and
JEREMIE DEAN, individually
and on behalf of all similarly
situated individuals,

        Plaintiffs and Putative
        Class Representatives,

v.                                                Civil Action No. 3:07CV120

LOAN LEADERS OF AMERICA, INC, a foreign
Corporation, NOVASTAR MORTGAGE, INC.,

        Defendants.

## JOINT MOTION REGARDING
## THE FILING OF DEFENDANTS' RESPONSIVE PLEADING

Plaintiffs Tamara Dean and Jeremie Dean and Defendants Loan Leaders of America, Inc. and NovaStar Mortgage, Inc. (collectively, "the Parties"), through their respective counsel, make the following motion:

    1.    On or about September 7, 2007, Plaintiffs filed their Complaint in the above-captioned action.

    2.    Plaintiffs served Defendants with the Complaint under Federal Rule of Civil Procedure Rule 4(d), which allows 60 days for response, on November 9, 2007.

    3.    The Parties previously filed a joint motion for extension of time to extend the time for Defendants to file their responses to the Complaint, until February 11, 2008, which motion the Court granted.

1

ABC000007001

4. Because the Parties are engaged in discussions regarding the possible resolution of this matter, the Parties jointly request a 30-day extension, until March 12, 2008, for Defendants to file their responses to the Complaint.

Dated: February 11, 2008

Respectfully submitted,

/s/
David M. Hammer, Esq.
HAMMER, FERRETTI & SCHIAVONI
408 West King Street
Martinsburg, WV 25401
304.264.8505

Counsel for Plaintiffs

/s/
Donald C. Brown, Jr. (pro hac vice application to be filed)
Nancy W. Hunt (pro hac vice application to be filed)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, 5th Floor
Washington, DC 20036
202.628.2000
202.628.2011 (facsimile)

Counsel for Defendants

IT IS SO ORDERED.

2-18-2008
Date

United States District Judge

2

ABC000007002